FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 05 2015

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Rose M. Whitaker,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARIA CONTRERAS-SWEET,<br>Administrator of the U.S. Small<br>Business Administration,<br><br>　　　　　　　　Defendant. | Civil Action File No.<br><br>1:15-cv-00009-SCJ |

## TEMPORARY RESTRAINING ORDER AND NOTICE OF HEARING

The Motion for a Temporary Restraining Order and for a Preliminary Injunction and Incorporated Brief of Authorities having been read and considered;

Counsel for Plaintiff having certified to the Court in writing the efforts, if any, that have been made to give notice of the Motion;

The Court having determined that unless Defendant MARIA CONTRERAS-SWEET, Administrator of the U.S. Small Business Administration, her agents, employees, and attorneys (collectively the "SBA") is restrained and enjoined, Plaintiff will suffer immediate and irreparable injury, loss, or damage before the SBA can be heard in opposition.

IT IS HEREBY ORDERED that Plaintiff's Motion be and hereby is GRANTED, and that the SBA its agents, servants, employees, and attorneys and those persons in active concert or participation with the SBA who receive notice of this Order by personal service or otherwise, be and are hereby temporarily ENJOINED and RESTRAINED, pending the issuance of a preliminary injunction, from the following action(s):

> **Conducting a non-judicial foreclosure sale under power of the residence that is located at 584 Linwood Avenue NE, Fulton County, Atlanta, Georgia 30306 (the "Home").**

It is FURTHER ORDERED that this order be filed forthwith in the clerk's office and entered of record; that this order shall expire on the 10th (not to exceed 30) day after entry, unless sooner dissolved by this Court; and that Plaintiff's request for a preliminary injunction is hereby set down for hearing for the <u>12th day</u> of <u>January</u>, <u>2015</u> at 10:00 a.m. in cou<u>rtro</u>om <u>1907</u> of the <u>United States Courthouse</u>, and that the SBA is hereby ORDERED to show cause at such hearing why this Court should not issue a preliminary injunction.

It is SO ORDERED this 5th_____ day of January, 2015_____

_____, at 3:25 p.m.

_____
United States District Judge

Prepared and Presented by:

__/s/ Richard S. Alembik_____
Richard S. Alembik
State Bar No. 008770
Attorney for Rose M. Whitaker,
315 W. Ponce de Leon Ave. # 250
Decatur, GA 30030
(404) 373-0205
(404)795-8999 FAX
general_mailbox@alembik.com